UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
LUIS CALLE and CARMELA SCALA, on            CASE NO. 25 CV 1124
behalf of themselves and others similarly
situated,
        **Plaintiff,**

   v.

10 SOUTH STREET CLUB OPERATOR,
INC. and CARLO PROIETTI,

        **Defendants.**
-----------------------------------------------------x

## PROPOSED JUDGMENT

A notice of acceptance of Rule 68 Offers of Judgment having been filed on March 30, 2025; and Defendants having offered Plaintiff Luis Calle and Carmela Scala and opt-in Plaintiff Alfredo Bermeo offers of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, against Defendants in favor of Luis Calle against all Defendants in the amount of $5,000, Carmela Scala in the amount of $5,000 and Alfredo Bermeo in the amount of $5,000, inclusive of all damages, interest, costs, and reasonable attorneys' fees incurred by Plaintiffs in litigating their claims to the date of this offer; it is,

ORDERED and ADJUDGED that Judgment is entered in favor of Luis Calle against all Defendants in the amount of $5,000, Carmela Scala in the amount of $5,000 and Alfredo Bermeo in the amount of $5,000, inclusive of all damages, interest, costs and reasonable attorneys' fees incurred by Plaintiffs in litigating their claims to the date of these offers.

Dated: _____
New York, New York

                                                                _____
                                                                 Hon. Jesse M. Furman