UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
LUIS CALLE and CARMELA SCALA, on behalf of themselves and others similarly situated,

        Plaintiff,

v.

10 SOUTH STREET CLUB OPERATOR, INC. and CARLO PROIETTI,

        Defendants.
-----------------------------------------------------x

CASE NO. 25 CV 1124

## ~~PROPOSED~~ JUDGMENT

A notice of acceptance of Rule 68 Offers of Judgment having been filed on March 30, 2025; and Defendants having offered Plaintiff Luis Calle and Carmela Scala and opt-in Plaintiff Alfredo Bermeo offers of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, against Defendants in favor of Luis Calle against all Defendants in the amount of $5,000, Carmela Scala in the amount of $5,000 and Alfredo Bermeo in the amount of $5,000, inclusive of all damages, interest, costs, and reasonable attorneys' fees incurred by Plaintiffs in litigating their claims to the date of this offer; it is,

ORDERED and ADJUDGED that Judgment is entered in favor of Luis Calle against all Defendants in the amount of $5,000, Carmela Scala in the amount of $5,000 and Alfredo Bermeo in the amount of $5,000, inclusive of all damages, interest, costs and reasonable attorneys' fees incurred by Plaintiffs in litigating their claims to the date of these offers.

Dated: March 31, 2025
New York, New York

Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

_____
Hon. Jesse M. Furman

1